RECEIVED
NOV 06 2015
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**Rafaela Funes**
Plaintiff(s),

v.

_____
Defendant(s).

Case Number _____

Judge _____

Magistrate Judge _____

## Unfair Unemployment
(Type of Pleading)

I, Rafaela Funes am putting a complant against Electrolux. 1st of all I had an accident in Electrolux. After the accident I was abused mistreated + discriminated by the boss and coworkers. I was unfairly dismissed from my job and I am still disabled and unable to work and do heavy lifting. My Coworkers started inventing lies about me, the case was taken to EOC and was investigated. I also commented to the EOC about the accident but they only focused on the case of discrimination and not on the accident, when they finish with the case one of the investigation person told

me that they forgot about it. I went to worker compensation and they said that it had already been a long time, so I would have to seek a lawyer for both cases, But no lawyer took the case they only took the money and after that they would tell me that it was a very difficult case to prove. Many coworkers went thru the same case I did just because they didn't know how to speak English in order to affront the situacion with the law. We hispanics are been discriminated in Electrolux. EOC only investigated the lies my coworker said about me, another thing the company didn't fired me the one that dismissed me was the boss who had no authority. The other day I called and they said that I had left the job and they told me to call back in 3 days, when I called they told me that I was fired. Also we are not informed where to go when circumstances like this happen.

I am demanding for them to send me with another doctor that It's not from the company and for them to pay me the time I been out of my job, and the damages to my health. I am also demanding chiropratic services.

X Rafaela Funes
(Signature)

Rafaela Funes
(Print Name)

1521 Luton st NT 37207

615 926 2160
(Address & Telephone Number, if any)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) _____
has been served on:

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

on the _____ day of _____, 20___.

*Rafaela Ternes*
Signature



1521 Luton St
Nashville TN
37207
Rafael a tunes

Clerk US Dist Court
800 US courthouse
Nashville TN 37203

RECEIVED
NOV 06 2015
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.