IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAFAELA FUNES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:15-cv-01185 |
| | ) Senior Judge Haynes |
| ELECTROLUX, | ) |
| Defendant. | ) ) |

## ORDER

Plaintiff, Rafaela Funes, filed a document styled "Unfair Unemployment," which the Clerk has filed as a new complaint. It is apparent, however, from the face of the document and from the course of proceedings in a parallel action, Funes v. Electrolux, No. 3:15-cv-0845 (M.D. Tenn.), that the new pleading should have been filed as a Rule 59 motion or motion to amend the complaint in Case No. 3:15-cv-0845.

The Clerk is therefore **DIRECTED** to file the new pleading as a Rule 59 motion/motion to amend the complaint in Case No. 3:15-cv-0845 and to **DISMISS WITHOUT PREJUDICE** this action.

It is so **ORDERED**.

ENTERED this the 23rd day of November, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge